**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**REGION IV MENTAL HEALTH SERVICES**                                   **PLAINTIFF**

**v.**                                                                                        **NO. 3:26-CV-12-RPC-JMV**

**UNITED STATES OF AMERICA**                                             **DEFENDANT**

**ORDER**

Pursuant to the Memorandum Opinion issued this day, the United States' Motion to Dismiss [15] is **GRANTED IN PART AND DENIED IN PART**. This Court lacks jurisdiction over Region IV's request for a declaratory judgment entitling it to keep the refund issued by the IRS for Q2 of 2021. Therefore, Region IV's request for declaratory relief is **DISMISSED**. In all other respects, the Motion is hereby **DENIED**.

SO ORDERED, this the 1st day of July, 2026.

_Robert P. Chamberlin_
**UNITED STATES DISTRICT JUDGE**